## Ex Parte Pantaleona et al.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 87.—Resuelto en febrero 5, 1907.

Dominio—Escrito Inicial de la Finca.—Cuando en el escrito inicial de una información de dominio se hiciere la descripción de la finca objeto del mismo, con expresión de su naturaleza, situación, medida y linderos, y la naturaleza de las fincas colindantes, y se exprese, además, correctamente, la equivalencia en el sistema métrico decimal de la medida usada en el país, el escrito es suficiente para promover la información, sin que sea necesario hacer referencias á puntos determinados de la localidad para identificar la finca, pues aunque esto sea conveniente, no es obligatorio.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Rossy, Fiscal.*

La parte apelada no compareció.

El Juez Asociado Sr. Hernández emitió la opinión del tribunal.

María Pantaleona y Nemesio Feliciano, conocidos también por Pérez, promovieron ante la Corte de Distrito de Mayagüez expediente para acreditar el dominio de una finca, que describen en la forma siguiente:

"Solar ó porción de tierra de media cuerda, equivalente á 19 áreas 65 centiáreas, á café, árboles frutales y guineos, radicada en el barrio de Maricao-Afuera, término municipal de Maricao, partido judicial de San Germán, conteniendo una casa de maderas cubierta de zinc, de diez y ocho varas de frente por ocho y media de fondo; un horno de cocer pan, de mampostería que mide tres y tres cuartas varas de frente é igual medida de fondo, colindando todo por el Este, Sud y Oeste, con terreno de Don Pablo Coronado; y por el Norte, con el camino real de Maricao."

Los promoventes expresan que adquirieron dicha finca por compra privada á Don Bruno Pérez fallecido en 29 de agosto de 1903, quien á su vez la hubo de Antonio Castillo en el año de 1893, sin que en esos contratos de compra-venta mediara título escrito de dominio, no pesando carga ni gravamen alguno sobre la finca en cuestión, la que tiene un valor de 220 dollars.

El fiscal de la expresada corte formuló oposición al expediente mencionado, alegando como únicas razones que la relación de la medida métrica de la superficie de la finca con la usual vigente estaba equivocada en la solicitud y que no sólo no se describían los linderos de dicha finca en forma precisa, sino que tampoco se hacía referencia á puntos determinados de la localidad, que pudieran conducir á la identificación de aquélla, infringiéndose por tanto la regla 1ª. del artículo 9 de la Ley Hipotecaria y la regla 2a. del artículo 63 del Reglamento para la aplicación de la misma.

El juez por auto de 17 de septiembre de 1906, declaró acreditado por las pruebas practicadas, el dominio en los bienes de

que se trata á favor de los promoventes María Pantaleona y Nemesio Feliciano y ordenó se les expediera testimonio de dicho auto tan luego fuera firme para su inscripción en el registro de la propiedad; y contra este auto interpuso el Fiscal de la Corte de Mayagüez recurso de apelación que ha sostenido ante esta Corte Suprema el fiscal de la misma por las propias razones alegadas ya en la primera instancia.

Hemos examinado los textos legales que se suponen infringidos, ó sean la regla 1ª. del artículo 9 de la Ley Hipotecaria y la regla 2a. del artículo 63 del Reglamento para su aplicación y no encontramos justificada la oposición hecha por el fiscal al expediente de dominio, pues en el escrito inicial de su promoción se expresan la naturaleza de las fincas, cuyo dominio se trata de justificar, su situación, medida y linderos, y la naturaleza de las fincas colindantes, sin que tampoco aparezca que se haya cometido error al determinar la equivalencia de la medida del terreno, no habiendo además precepto alguno legal que ordene se haga referencia á puntos determinados para mejor identificar una finca, lo cual podrá ser conveniente, pero no obligatorio.

Casos análogos en que hemos establecido igual doctrina son el número 79 de *Agustín Hernández Mena* contra *El Pueblo de Puerto Rico* y el número 87 de *Juan Antonio Pesante* también contra *El Pueblo de Puerto Rico,* ambos resueltos por esta corte en 19 de enero próximo pasado.

Por las razones expuestas debe confirmarse la resolución dictada por la Corte de Distrito de Mayagüez en 17 de setiembre de 1906.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary, y Wolf.